IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARLON L. WATFORD,** ) | |
| **No. R15678,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 14-cv-00571-MJR |
| ) | |
| **PAT QUINN, et al.** ) | |
| ) | |
| **Defendants.** ) | |

### MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On May 15, 2014, Plaintiff Marlon L. Watford, an inmate in Menard Correctional Center, brings this action for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983, based on an array of alleged constitutional and statutory violations related to his ability to practice his religion (Doc. 1).  By Order dated July 8, 2014, the Court concluded that the 227-page complaint, as drafted, failed to state a colorable constitutional claim (Doc. 8).  Plaintiff was given until August 4, 2014, to file an amended complaint; that deadline was later extended to September 8, 2014 (Doc. 10).

Plaintiff was forewarned that failure to file a proper complaint by the prescribed deadline would result in the dismissal of this action with prejudice.   Plaintiff has not filed a complaint and the deadline for doing so has passed.  It appears that Plaintiff has abandoned this action.

**IT IS THEREFORE ORDERED** that pursuant to Federal Rule of Civil Procedure 41(b), this action is **DISMISSED with prejudice** for failure to comply with a court order and failure to prosecute this action, as well as for failing a complaint that fails to state a claim upon

which relief can be granted.  Furthermore, this action is deemed frivolous for purposes of Section 1915(g); therefore Plaintiff will be allotted a **STRIKE** under the provisions of 28 U.S.C. § 1915(g).  Judgment shall enter accordingly and this case will be closed.

**IT IS FURTHER ORDERED** that Plaintiff remains obligated to pay the filing fee.  *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

**IT IS SO ORDERED.**

**DATED: September 16, 2014**

                                                s/ *Michael J. Reagan*
                                                **MICHAEL J. REAGAN**
                                                **UNITED STATES DISTRICT JUDGE**